IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERT CRUZ,** | CIV S-06-2463 MCE CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **MARTIN VEAL, Warden,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have 30 days from service of this order to file a response to Petitioner's application for writ of habeas corpus.

February 20, 2007

/s/  **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1