1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 ALBERT CRUZ,                                     No. CIV S-06-2463-MCE-CMK-P

12              Petitioner,

13       vs.                                        <u>ORDER</u>

14 VEAL, et al.,

15              Respondents.

16 _____/

17              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18 habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court are the following: (1)

19 petitioner's motion for appointment of counsel (Doc.  22); and (2) respondents' motion for an

20 extension of time (Doc.  20) to file a response to the petition.

21              As to petitioner's request for counsel, there currently exists no absolute right to

22 appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th

23 Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of

24 the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases.

25 In the present case, the court does not find that the interests of justice would be served by the

26 appointment of counsel at the present time.

1

1    As to respondents' motion for an extension of time, respondents seek a 30-day

2   extension.  This is respondents' second request for additional time to respond to the petition.

3   Good cause appearing therefor, the request will be granted.  Petitioner's objection to the request

4   is overruled.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.    Petitioner's motion for appointment of counsel (Doc.  22) is denied;

7    2.    Respondents' second request for an extension of time (Doc.  20) is

8   granted; and

9    3.    Respondents shall file a response to the petition within 30 days of the date

10   of this order.

11

12   DATED:   April 19, 2007.

13

14                                                    _____

15   **CRAIG M. KELLISON**
     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

2