IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT CRUZ,                                No. 2:06-CV-2463-MCE-CMK-P

      Petitioner,

  vs.                                      <u>ORDER</u>

VEAL, et al.,

      Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On May 25, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.

///

1

Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. section 636(b)(1)(C) and Local Rule 72-304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 25, 2007, are adopted in full;

2. Petitioner's motion for an evidentiary hearing (Doc. 16) is denied.

Dated: June 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE