IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CRUZ, | No. 2:06-cv-02463-MCE-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| VEAL, et al., | |
|     Respondents. | |

     Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is a motion for reconsideration (Doc. 50) of the portion of the magistrate judge's April 20, 2007, order denying appointment of counsel.

     Pursuant to Eastern District of California Local Rule 72-303(b), "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties."

///

///

///

1

1  Here, the motion for reconsideration of the magistrate judge's order was filed on March 19,
2  2008, which is well more than 10 days from the date of service of the magistrate judge's order.
3  The motion is, therefore, untimely.
4      In any event, pursuant to Eastern District of California Local Rule 72-303(f), a magistrate
5  judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the
6  entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly
7  erroneous or contrary to law. The November 14, 2006, order denying counsel is, therefore,
8  affirmed.
9      Accordingly, IT IS HEREBY ORDERED that the motion for reconsideration (Doc. 50) is
10 denied.

Dated: March 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE