IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT CRUZ,                                        No. CIV S-06-2463-MCE-CMK-P

      Petitioner,

  vs.                                                              ORDER

VEAL, et al.,

      Respondents.

_____/

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 58) to file objections to the court's December 30, 2008, findings and recommendations.  Good cause appearing therefor, the request is granted.  The parties may file objections within 30 days of the date of this order.

      IT IS SO ORDERED.


DATED:  January 14, 2009


                                                      _____
                                                      CRAIG M. KELLISON
                                                      UNITED STATES MAGISTRATE JUDGE

1